UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| STELLARONE BANK, | ) | |
| | ) | **Bankruptcy Case** |
| *Plaintiff* | ) | **No.: 09-62154** |
| | ) | |
| v. | ) | **Adversary Proceeding** |
| | ) | **No.: 10-06012** |
| JAMES G. FIELDS | ) | |
| LINDA J. FIELDS | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |
| STELLARONE BANK, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | **Motion to Show Cause for Contempt** |
| v. | ) | **and Motion to Extend Discovery** |
| | ) | **Deadline** |
| LYNCHBURG ANESTHESIA | ) | |
| ASSOCIATES, INC. c/o HCI-BES | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JAMES G. FIELDS | ) | |
| LINDA J. FIELDS | ) | |
| | ) | |
| *Respondents* | ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO SHOW CAUSE FOR CONTEMPT AGAINST LYNCHBURG ANESTHESIA ASSOCIATES, INC.

StellarOne Bank, by counsel, hereby withdraws its Motion to Show Cause for Contempt (the "Motion") Against Lynchburg Anesthesia Associates, Inc., as subsequent cooperation by Lynchburg Anesthesia Associates, Inc., has resolved the Motion.

STELLARONE BANK

By: /s/ Travis A. Knobbe<br>Of Counsel

M. Mallory Mantiply, Esq. (VSB #19722)
Travis A. Knobbe, Esq. (VSB #77914)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002
Telephone: (540) 512-1800
Facsimile: (540) 342-4480
mmantiply@spilmanlaw.com
tknobbe@spilmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2010, the foregoing document was served electronically on counsel for James G. and Linda J. Fields and on the United States Trustee and by first class mail on the following:

Lynchburg Anesthesia Associates, Inc.
attn: William A. Hunter, Jr., Registered Agent
6610 Everett Road
Forest, VA 24551

/s/ Travis A. Knobbe

2231597 – 14259.69

2